UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| KENNETH HUTCHISON, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 1:21-cv-00030-HAB-SLC |
| | ) | |
| | ) | JURY DEMAND |
| COLD HEADING COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendant stipulate to the voluntary dismissal with prejudice of the Defendant. The parties will be responsible for their own discretionary costs and expenses.


*/s/ Jennifer L. Hitchcock*
Jennifer L. Hitchcock
Close Hitchcock LLP
116 E. Berry Street, Suite 1100
Fort Wayne, IN 46802
(260) 240-4644
(260) 498-2655 (Fax)
jennifer@closehitchcock.com


*/s/ Jeffrey M. Beemer*
Jeffrey M. Beemer (TN 17247)
*pro hac vice*
DICKINSON WRIGHT PLLC
424 Church Street, Suite 800
Nashville, TN 37219
(615) 244-6538
jbeemer@dickinsonwright.com

Angelina R. Delmastro (MI P81712)
*pro hac vice*
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Ste. 4000
Detroit, MI  48226
(313) 223-3500
adelmastro@dickinsonwright.com

Kayla M. Ernst, IN Attorney No. 34003-15
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Tel: (317) 236-2100
Fax: (317) 592-2219
Kayla.Ernst@icemiller.com

*Attorneys for Defendant*